# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| Peggy Weber,<br><br>                    Plaintiff,<br><br>– against–<br><br>TD Bank USA, N.A. d/b/a Target Credit and Trans Union, LLC,<br><br>                    Defendant(s). | Civil Action No. 1:21-cv-10286<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO TD BANK USA, N.A. D/B/A TARGET CREDIT ONLY** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Peggy Weber, through her attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismiss TD Bank USA, N.A. d/b/a Target Credit, only, without prejudice.

Dated:  May 17, 2021             Respectfully Submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

/s/ Kenny G. Oh
Kenny G. Oh, Esq.
30 Wall Street, 8th Floor #741
New York, New York 10005
Tel (866) 249-1137
Fax (877) 366-4747
Email: kenny.o@gitmeidlaw.com
Attorneys for Plaintiff